UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4214 JEM | Date | September 4, 2015 |
|---|---|---|---|
| Title | PATRICK S MCBRIDE v UNITED STATES OF AMERICA et al | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Anthony | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

  Plaintiff is ordered to show cause in writing no later than September 11, 2015, why this action should not be dismissed for lack of prosecution.

  The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

  ◘  Proof of service of summons and complaint.

  ◘  Plaintiff's filing of a request to the clerk to enter default judgment.

  ◘  Plaintiff's filing of a noticed motion for entry of default judgment.

  ◘  Answer by the defendant or plaintiff's request for entry of default.

  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

cc: Parties

                       :
             Initials of Preparer   sa